JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN SCHNEIDER, an individual,<br><br>            Plaintiff,<br>   vs.<br><br>USAA CASUALTY INSURANCE COMPANY; and DOES 1 – 100, inclusive,<br><br>            Defendants. | CASE NO. CV 24-6885-MWF(AGRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Michael W. Fitzgerald |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that this action is DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close this file.

IT IS SO ORDERED.

Dated:  May 8, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER GRANTING STIPULATION OF DISMISSAL